# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In The Matter Of:** | **In Bankruptcy:** |
| THOMAS ROBERT CORBIN, JR.<br>SABRINA RENEE CORBIN | Case No. 12-56691-PJS<br>Chapter 7<br>Hon. PHILLIP J. SHEFFERLY |
| Debtor(s).       / | |

## CERTIFICATE OF DISTRIBUTION

Douglas S. Ellmann, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $6,150.90 and disbursed $93.41, leaving a balance on hand of $6,057.49, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Douglas S. Ellmann Trustee fees per c/o 7/21/20 | $1,365.09 | 100.00 | $1,365.09 |
| DOUGLAS S. ELLMANN Trustee Expense per c/o 7/21/20 | $49.96 | 100.00 | $49.96 |
| ELLMANN & ELLMANN, P.C. Attorney for Trustee Fees per c/o 7/21/20 | $2,718.00 | 100.00 | $2,718.00 |
| ELLMANN & ELLMANN, P.C. Attorney for Trustee Expenses per c/o 7/21/20 | $96.65 | 100.00 | $96.65 |
| | | **Subtotal:** | **$4,229.70** |

| Unsecured Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---:|---:|---:|
| 1 | Macys Retail Holdings, Inc. | $1,491.43 | 1.95 | $29.05 |
| 2 | Department Stores National Bank/Macy's | $597.47 | 1.95 | $11.63 |
| 3 | Real Time Resolutions, Inc | $47,015.63 | 1.95 | $915.92 |
| 4 | Sprint | $340.66 | 1.95 | $6.63 |
| 5 | FIA CARD SERVICES, N.A. | $8,180.76 | 1.95 | $159.37 |
| 6 | ALLEGIANCE HEALTH, FKA FOOTE MEMORIAL HOSPITAL | $1,961.94 | 1.95 | $38.22 |
| 9 | American InfoSource LP as agent for | $274.09 | 1.95 | $5.34 |
| 10 | CitiFinancial, Inc | $2,448.30 | 1.95 | $47.70 |
| 11 | Capital One Bank (USA), N.A. | $1,699.10 | 1.95 | $33.10 |
| 12 | ING-Annuity | $463.28 | 1.95 | $9.03 |
| 13 | ING-Annuity | $5,351.40 | 1.95 | $104.25 |
| 14 | Regional Acceptance Corporation | $14,615.03 | 1.95 | $284.72 |
| 15 | COMCAST | $389.47 | 1.95 | $7.59 |
| 16 | InSolve Recovery, LLC, c/o Capital Recovery Group | $799.54 | 1.95 | $15.58 |
| 17 | Frontier Communications | $222.36 | 1.95 | $4.33 |
| 18 | Russell Collection Agency | $529.00 | 1.95 | $10.31 |
| 19 | Portfolio Recovery Associates, LLC | $2,176.38 | 1.95 | $42.40 |
| 22 | Midland Credit Management, Inc. as agent for | $679.40 | 1.95 | $13.24 |
| 23 | Russell Collection Agency | $529.00 | 1.95 | $10.31 |
| 24 | Dr. Neil Starkey | $980.00 | 1.95 | $19.09 |
| 25 | United Insurance Group | $463.28 | 1.95 | $9.03 |
| 26 | American InfoSource LP as agent for | $466.42 | 1.95 | $9.09 |

| 27 | Frontier Communications | $54.74 | 1.95 | $1.07 |
| 28 | W.A. FOOTE MEMORIAL HOSPITAL | $2,093.97 | 1.95 | $40.79 |
| | | | **Subtotal:** | **$1,827.79** |
| | | | **Total:** | **$6,057.49** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: July 22, 2020  /s/ DOUGLAS S. ELLMANN P34617
Douglas S. Ellmann, Chapter 7 Trustee
308 West Huron
Ann Arbor, MI 48103
Phone: (734) 668-4800
E-mail: dse@ellmannlaw.com